# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
SINCLAIR, BARBARA A                 §        Case No. 11-10273
                                    §
        Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

        Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

        The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/26/2012 in Courtroom 250,
                        United States Courthouse
                        c/c Kane County Courthouse
                        100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/20/2012            By: Kenneth S. Gardner
                                        Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SINCLAIR, BARBARA A § Case No. 11-10273
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 8,000.30 |
| and approved disbursements of | $ 125.00 |
| leaving a balance on hand of[1] | $ 7,875.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,550.03 | $ 0.00 | $ 1,550.03 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 76.20 | $ 0.00 | $ 76.20 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,626.23 |
| Remaining Balance | | | $ 6,249.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,401.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | FIA CARD SERVICES, N.A. | $ 30,927.98 | $ 0.00 | $ 3,001.05 |
| 000002A | FIA CARD SERVICES, N.A. | $ 812.94 | $ 0.00 | $ 78.88 |
| 000003A | Capital One,N.A | $ 1,840.53 | $ 0.00 | $ 178.59 |
| 000004A | Chase Bank USA, N.A. | $ 7,599.59 | $ 0.00 | $ 737.41 |
| 000005A | Chase Bank USA, N.A. | $ 5,988.77 | $ 0.00 | $ 581.11 |
| 000006A | GE Capital Retail Bank | $ 8,549.70 | $ 0.00 | $ 829.61 |
| 000007A | PNC BANK | $ 8,681.72 | $ 0.00 | $ 842.42 |

Total to be paid to timely general unsecured creditors    $   6,249.07

Remaining Balance    $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 11-10273-MB
Barbara A Sinclair                                              Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann              Page 1 of 2              Date Rcvd: Jun 21, 2012
                              Form ID: pdf006             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2012.
db           +Barbara A Sinclair,    2400 Simon Ct,    Montgomery, IL 60538-3403
16949181    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
17724584     +Capital One,N.A.,     c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
16949182     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17728907      Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
16949183     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
17699450      FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102
16949187     +National City Card Ser,     1 Financial Pkwy,    Kalamazoo, MI 49009-8003
17983099     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
16949188     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16949189     +Silver Leaf Resords,    Box 730931,    Dallas, TX 75373-0931
16949190     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16949191     +Wells Fargo Bank Nv Na,     Po Box 31557,    Billings, MT 59107-1557
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17906249      E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2012 03:15:18      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16949185     +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 02:55:57      Gemb/Sams Club Dc,    Po Box 981400,
              El Paso, TX 79998-1400
16949186     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2012 00:30:38      Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16949180   ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16949179   ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
16949184   ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: pseamann              Page 2 of 2              Date Rcvd: Jun 21, 2012
                               Form ID: pdf006             Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2012 at the address(es) listed below:
              Gary L Shilts    on behalf of Debtor Barbara Sinclair gshilts@earthlink.net
              Joseph   Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```